UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVE BOEHM, RAUL SILVA, and SHANNON OVERLAND, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:17-cv-12827-MCA-LDW<br><br>**NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on August 5, 2019, or as soon thereafter as counsel may be heard, Plaintiffs in the above-captioned action will move the Court for an order preliminary approving settlement of this Action. This Motion is based on this Notice, the Memorandum of Points and Authorities in Support of this Motion that follows, the supporting Declaration of Bradley K. King and exhibits attached thereto filed herewith, and such other matters as the Court may consider.

PLEASE TAKE FURTHER NOTICE that Defendant has indicated it will not oppose this Motion.

Respectfully submitted,

DATED: July 8, 2019

By: */s/ Bradley K. King*
Bradley K. King (NJ Bar # 081472013)
*bking@ahdootwolfson.com*
AHDOOT & WOLFSON, PC
10728 Lindbrook Drive
Los Angeles, California 90024-3102
Tel: (310) 474-9111; Fax: (310) 474-8585

*Counsel for Plaintiffs and the Putative Class*