UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEVE BOEHM, RAUL SILVA, and SHANNON OVERLAND, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware limited liability company,<br><br>　　　　　　　Defendant. | Case No. 2:17-cv-12827-MCA-LDW<br><br>**NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

　　　　PLEASE TAKE NOTICE that, on December 2, 2019 at 2:00 p.m. in Courtroom MLK 4A of the above-captioned Court before the Honorable Madeline Cox Arleo, Plaintiffs will and hereby do move for an Order: (i) granting final approval of the Parties' Settlement; and (ii) certifying the Settlement Class in this action. This Motion is based on this Notice, the Memorandum of Points and Authorities in Support of this Motion that follows, the concurrently-filed supporting Declaration of Bradley K. King, and such other matters as the Court may consider.

　　　　PLEASE TAKE FURTHER NOTICE that Defendant has indicated it will not oppose this Motion.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

DATED: November 12, 2019　　　　By: _/s/ Bradley K. King_
　　　　　　　　　　　　　　　　　　　　Bradley K. King (NJ Bar # 081472013)
　　　　　　　　　　　　　　　　　　　　_bking@ahdootwolfson.com_
　　　　　　　　　　　　　　　　　　　　AHDOOT & WOLFSON, PC
　　　　　　　　　　　　　　　　　　　　10728 Lindbrook Drive
　　　　　　　　　　　　　　　　　　　　Los Angeles, California 90024-3102
　　　　　　　　　　　　　　　　　　　　Tel: (310) 474-9111; Fax: (310) 474-8585

　　　　　　　　　　　　　　　　　　　　_Settlement Class Counsel_